

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2016

No. 04-15-00633-CV

**LSREF2 COBALT (TX), LLC**,
Appellant

v.

**410 CENTRE, LLC**, and John B. Urbahns,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI20922
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Jason Pulliam, Justice

Appellees' motion for extension of time to file a motion for rehearing is GRANTED. Appellees' motion for rehearing is due on August 22, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court